APR 05 2017

CO-901A
Rev. 4/10

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSE RIGOBERTO LOVATO AGUILLON                ABDULLA HASHISH

Plaintiff(s)                vs                Defendant(s)

CIVIL ACTION NO. 16-cv-01647 (RJL)
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To  Branch Banking and Trust Company (BB&T)

614 H Street NW, Washington, DC 20001
_____ Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.
The Judgement against the defendant was entered on February 11, 2017 in the amount of One Hundred Twelve Thousand, Nine Hundred Ninety-Four Dollars & 76/100 ($ 112,994.76 ) and the costs amounting to $ 0.00 with interest at 0.00 % from 0.00 less credits of $ 0.00.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, UNDER PENALTY OF PERJURY, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.
Witness the Honorable Chief Judge of said Court, this 31st day of March, 2017.

Angela D. Caesar, Clerk

By  /s/ Nicole M. Wilkens
       Deputy Clerk

Justin Zelikovitz, Esq.

Attorney for Plaintiff
DCWAGELAW

519 H Street NW

Washington, DC 20001, 202-803-6083
Address & Telephone Number

☑ Partial Exemption Subject to Garnishment
☐ All Funds Are Exempt

RECEIVED Mail Room
APR 17 2017
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Processed by
DS IRS/Reg Compliance

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

ANSWER: (1) Checking - $1542.52
(2) Savings - Partial Exempt Account Per 31 C.F.R Part 212. $5936.25

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

ANSWER: NO

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: 4/11/17

_Susan Bay_ BB&T
Garnishee

CO-901A
Rev. 4/10

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOSE RIGOBERTO LOVATO AGUILLON　　　　　　　　　　　OMAR HASHISH

　　Plaintiff(s)　　　　　　　　vs　　　　　　　　Defendant(s)

APR 05 2017

CIVIL ACTION NO. 16-cv-01647 (RJL)
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To　Branch Banking and Trust Company (BB&T)

　　614 H Street NW, Washington, DC 20001　　　　　　　　　　　Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on __February 11, 2017__ in the amount of One Hundred Twelve Thousand, Nine Hundred Ninety-four Dollars and 76/100 ($ __112,994.76__) and the costs amounting to $ __0.00__ with interest at __0.00__ % from __0.00__ less credits of $ __0.00__.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this __31st__ day of __March__, __2017__.

　　　　　　　　　　　　　　　　　　Angela D. Caesar, Clerk

　　　　　　　　　　　　　　　　　　By __/s/ Nicole M. Wilkens__
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Justin Zelikovitz, Esq.
Attorney for Plaintiff
DCWAGELAW

519 H Street NW

Washington, DC 20001, 202-803-6083
Address & Telephone Number



RECEIVED
Mail Room
APR 17 2017
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

    ANSWER _Checking account - no Funds available_

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

    ANSWER _NO_

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: 4/6/17

_Susan Berry_
Garnishee