CO-901A
Rev. 4/10

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOSE RIGOBERTO LOVATO AGUILLON                                    OMAR HASHISH
_____                                         _____
Plaintiff(s)                              vs                            Defendant(s)

CIVIL ACTION NO. 16-cv-01647
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To  Square, Inc.,_____

____National Registered Agents, Inc.160 Greentree Drive, Suite 101, Dover, DE 19904___ Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on __February 11, 2017__ in the amount of

One Hundred Twelve Thousand, Nine Hundred Ninety-Four Dollars and 76/100 ($__112,994.76__) and the costs amounting to $

____0.00____ with interest at ____0.00____ % from

____0.00____ less credits of $ ____0.00____.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the <u>entire amount of the plaintiff's claims with interest and costs.</u>

Witness the Honorable Chief Judge of said Court, this ___20th___ day of ___April___, ___2017___.

Angela D. Caesar, Clerk

By ___/s/ Nicole M. Wilkens___
Deputy Clerk

Justin Zelikovitz, Esq.
_____
Attorney for Plaintiff
DCWAGELAW
_____

519 H Street NW
_____

Washington, DC 20001, 202-803-6083
_____
Address & Telephone Number