**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSE RIGOBERTO LOVATO AGUILLON<br><br>  Plaintiff,<br><br>v.<br><br>ASTOR MEDITERRANEAN, et al.<br><br>  Defendants. | Case No. 1:16-cv-01647-RJL |

**STIPULATION OF DISMISSAL RE: MOTION FOR JUDGMENT AGAINST**
**<u>GARNISHEE UBER TECHNOLOGIES, INC.</u>**

  The parties hereby stipulate to the dismissal of Plaintiff's claims against garnishee Uber Technologies, Inc. *with prejudice*, each party to bear its own costs.

Date: January 5, 2018

              Respectfully submitted,

              <u>/s/ Justin Zelikovitz</u>
              JUSTIN ZELIKOVITZ, #986001
              DCWAGELAW
              519 H Street NW
              Washington, DC 20001
              Phone: (202) 803-6083
              Fax: (202) 683-6102
              justin@dcwagelaw.com

              *Counsel for Plaintiff*

              <u>/s/ Brandon R. Mita, Esq.</u>
              BRANDON R. MITA, #986059
              LITTLER MENDELSON, P.C.
              815 Connecticut Avenue, NW
              Suite 400
              Washington, DC 20006
              Phone: (202) 842-3400
              Fax: (202) 842-0011
              bmita@littler.com

              *Counsel for Garnishee Uber Technologies, Inc.*